11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                         Opinon

 

Michael Jay Hernandez

Appellant

Vs.                   No. 11-03-00202-CR B Appeal from Harris County

State of Texas

Appellee

 

The trial court convicted Michael Jay
Hernandez, upon his plea of guilty, of burglary of a habitation.  Pursuant to a plea bargain agreement, the
trial court assessed his punishment at confinement for four years.  The trial court entered a certification
stating that appellant had no right to appeal. 
TEX.R.APP.P. 25.2(a)(2) & (d).

Therefore, the appeal is dismissed.

 

PER CURIAM

 

August 7, 2003

Do not publish.  See TEX.R.APP.P. 47.2(b).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.